

The following constitutes the order of the court.
Signed April 12, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Tracy Lynn Morton,<br><br>            Debtor. | No. 14-44662<br><br>Chapter 13 |

**MEMORANDUM RE: MOTION TO MODIFY**

       On November 25, 2014, Debtor filed the above-captioned Chapter 13 bankruptcy case. On February 23, 2015, the Court confirmed the Chapter 13 Plan (doc. 45) (the "Confirmation Order"). On May 1, 2015, Debtor filed a *Motion to Modify Chapter 13 Plan* (doc. 52) (the "First Modification Motion"), to which the Chapter 13 Trustee filed the *Objection to Modification of Chapter 13 Plan and Motion to Dismiss Chapter 13 Case* (doc. 55)

       On June 11, 2015, the Court held a hearing on the First Modification Motion. The appearances made at the hearing were noted on the record. Debtor filed the *Motion to Modify (*doc. 58) (the "Second Modification Motion") immediately before the hearing, and the Chapter 13 Trustee indicated at the hearing that the Second Modification Motion should be served on all interested parties. At the conclusion of the hearing, the Court directed Debtor to serve the Second Modification Motion on all interested parties and also file and serve a Notice of Hearing providing those parties 21 days to object to the Second Modification Motion. Debtor

1

did neither. Instead, Debtor filed the *Amendment to Motion to Modify and Modified Chapter 13 Plan* (doc. 58) (the "Third Modification Motion") and *Amended Schedules I and J* (doc. 59) on June 25, 2015. On July 6, 2015, Debtor filed another amended Motion to Modify (doc. 63) (the "Fourth Modification Motion"). Debtor filed the *Notice and Opportunity for Hearing* regarding the Fourth Modification Motion (doc. 65) on July 21, 2015. The Trustee objected to both the Third and Fourth Modification Motion (docs. 64 and 66, respectively).

On August 13, 2015, the Court held a hearing on the Fourth Modification Motion. The appearances made at the hearing were noted on the record. On September 3, 2015, the Court entered the order approving the Fourth Modification Motion (doc. 69).

On April 7, 2016, Debtor filed another motion to modify (doc. 83) (the "Fifth Modification Motion"). Debtor did not file a Certificate of Service indicating that the Fifth Modification Motion was properly served on the Chapter 13 Trustee or on any creditor that would be adversely impacted by the proposed modification pursuant to Federal Bankruptcy Rule of Procedure 2002(a)(5) and paragraph 4(c) of the Confirmation Order. Furthermore, Debtor did not file a Notice of Hearing along with the Fifth Modification Motion in accordance with Bankruptcy Local Rule 9014-1 nor did she set the Fifth Modification Motion for a hearing.

THEREFORE, IF DEBTOR WISHES TO CONTINUE with the Fifth Modification Motion, the following two requirements must be met:

1. The Fifth Modification Motion must be properly served on the Chapter 13 Trustee and any affected creditor. Debtor must file a Certificate of Service indicating the date and addresses of those parties served.

2. A hearing must be set at a later date in accordance with the Federal Rules of Bankruptcy Procedure <u>OR</u> Debtor may file a Notice of Hearing that would permit confirmation of the Fifth Modification Motion after the 21 day notice period runs (thereby not requiring a hearing) in accordance with Bankruptcy Local Rule 9014-1.

**\*END OF MEMORANDUM\***

# COURT SERVICE LIST

**Tracy Lynn Morton**
1106 Promenade Street
Hercules, CA 94547